IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-cr-317 AWI |
| Plaintiff, | ) ) ) | ORDER ON GOVERNMENT'S MOTION TO DISMISS (Fed. R. Crim. P. 48(a)) |
| v. | ) ) | |
| ISRAEL BALLARDO, aka ERNESTO ALVAREZ, | ) ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

O R D E R

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed in the interest of justice.  However, the defendant shall remain detained in connection with the indictment pending against him in  United States v. Ballardo, 2:10-cr-00078-MCE until further order of the Court.

IT IS SO ORDERED.

**Dated:    April 24, 2010** _____ **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

1